**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

**DIONICIO ALEMON GONZALES,**

        **Petitioner(s),**        **CASE NUMBER: 03-74266**
                                    **HONORABLE VICTORIA A. ROBERTS**

**v.**

**MILLICENT WARREN, WARDEN,**

        **Respondent(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On April 21, 2005, Magistrate Judge Paul J. Komives submitted a Report and Recommendation **[Doc. 28]** recommending that the Court DENY Petitioner Gonzales' Petition for Writ of Habeas Corpus **[Doc. 3]**. Because the Court has not received objections from any party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, DENIES Petitioner Gonzales' Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED.**

                                                   /s/ Victoria A. Roberts
                                                   **VICTORIA A. ROBERTS**
**Dated: 5/25/05**                        **UNITED STATES DISTRICT COURT**